IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUDLEY JACKLINE,

        Plaintiff,                No. CIV S-06-1282 MCE DAD P

    vs.

ROSANNE CAMPBELL, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. On June 12, 2006, the Clerk received from plaintiff a three-page document titled "Ex parte motion for Temporary restraning [sic] order [Fed R Civ P Rule 7(b), 65(b)]." Plaintiff did not submit the filing fee, a complaint, or any other documents. The above-captioned civil rights case was opened. On June 14, 2006, the Clerk received from plaintiff a civil rights complaint. The Clerk opened a second civil rights action, case No. CIV S-06-1298 LKK PAN(JFM) P. By order filed June 16, 2006, the complaint was re-filed in case No. CIV S-06-1282, and the duplicative case has been closed.

        Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a). In order to proceed with this action, plaintiff must pay the filing fee in full or submit a properly completed application to proceed in forma pauperis. If plaintiff is granted leave to proceed in forma pauperis, he will be

1

Dockets.Justia.com

liable for the filing fee but will be permitted to pay the fee in installments; payments will be withdrawn from plaintiff's inmate trust account and forwarded to the court by the California Department of Corrections and Rehabilitation until the fee is paid in full.

Plaintiff's motion for temporary restraining order is not supported by a brief on all relevant legal issues, a notarized affidavit or a declaration under penalty of perjury demonstrating the existence of a presently existing threat of irreparable injury, a proposed order, and evidence of notice to all affected parties. See Fed. R. Civ. P. 65; Local Rule 65-231. Plaintiff's motion will be denied as incomplete.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 12, 2006 ex parte motion is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, the $350.00 filing fee or an application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: June 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
jack1282.3a