IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUDLEY JACKLINE,

    Plaintiff,                      No. CIV S-06-1282 MCE DAD P

    vs.

ROSANNE CAMPBELL, et al.,        ORDER AND

    Defendants.             FINDINGS AND RECOMMENDATIONS

    By order filed June 20, 2006, plaintiff was granted thirty days to submit the $350.00 filing fee or an application to proceed in forma pauperis on the form provided with the order. Plaintiff was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not paid the required filing fee, filed an in forma pauperis application, or responded in any other way to the court's order regarding the filing fee. The undersigned will therefore recommend that this action be dismissed without prejudice.

    On June 22, 2006, the court received plaintiff's motion for leave to amend his complaint. The pleading attached to the motion is incomplete. Plaintiff's motion will be denied without prejudice, and the incomplete pleading will be disregarded.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 22, 2006 motion for leave to amend his complaint is denied; and

IT IS RECOMMENDED that this action be dismissed without prejudice for failure to submit the filing fee or a properly completed application to proceed in forma pauperis.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:lg
jack1282.fifp